IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FAZAIL AZIZAN,

    Plaintiff,

v.

BMF IV EDGEWATER LLC,

    Defendant.

CIVIL ACTION FILE

NO. 1:22-CV-4074-MHC

## ORDER

This case comes before the Court on Plaintiff's Motion to Compel Defendant to Participate in Rule 26(f) Conference, or, Alternatively, for Order Permitting Plaintiff to Seek Discovery ("Motion to Compel") [Doc. 8].

The Motion to Compel was filed in violation of this Court's Standing Order Regarding Civil Litigation [Doc. 3], which provides in pertinent part as follows:

> Notwithstanding Local Rule 37.1, <u>prior to filing any motion related to discovery, including but not limited to a motion to compel discovery</u> to quash a subpoena, for a protective order, or for sanctions (with the exception of unopposed, consent, or joint motions to extend the discovery period), the movant, after conferring with the respondent in a good-faith effort to resolve the dispute by agreement, must contact Ms. Enix [the judge's courtroom deputy] to notify her that there is a discovery dispute. Ms. Enix will then schedule a conference call in which the Court will attempt to resolve the matter without the necessity of a formal motion, and a court reporter will be provided by the Court

to take down the conference call. The Court will request that each side submit a brief, one-page statement of the issues in advance of the conference call.

Standing Order at § II(G)(3) (emphasis added).

Consequently, based upon this Court's Standing Order, Plaintiff must make a good faith effort to confer with Defendant to resolve their dispute prior to this Court's involvement.[1] If that effort fails, Plaintiff should contact Ms. Enix to notify her that there is a discovery dispute in accordance with the procedures established in this Court's Standing Order.

Based on the foregoing, Plaintiff's Motion to Compel [Doc. 8] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 3rd day of January, 2023.

_____
MARK H. COHEN
United States District Judge

---

[1] According to the Motion to Compel, Plaintiff has sent one email to Defendant's counsel seeking a date for a Rule 26(f) conference [Doc. 8-1], which has purportedly gone unanswered. There appears to have been no further efforts made to resolve this dispute.