# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FAZAIL AZIZAN,<br><br>          Plaintiff,<br><br>v.<br><br>BMF IV EDGEWATER, LLC,<br><br>          Defendant. | CIVIL ACTION<br>FILE NO.: 1:2022-CV-04074 |

## DEFENDANTS' RULE 5.2 CERTIFICATE OF SERVICE

This is to certify that on this day, I served a true and correct copy of the following:

1. **Defendant BMF IV GA Edgewater's First Interrogatories and Requests for Production of Documents to Plaintiff Fazail Azizan**

was this day served upon all counsel of record via regular U.S. Mail.

This 18th day of April, 2023.

## **CERTIFICATION OF COUNSEL**

I certify that that this filing has been prepared in Times New Roman font, 14 point, in compliance with Local Rule 5.1(C). Additionally, I certify that this document has been prepared with a top margin of one and one-half (1 1/2) inches and a left margin of one (1) inch, in compliance with Local Rule 5.1(D).

Submitted this 18th day of April, 2023.

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Michael Sierra*
Michael A. Sierra
Georgia Bar No. 618912

*Counsel for Defendant BMF IV GA Edgewater, LLC*

600 Peachtree Street, NE
Suite 4700
Atlanta, Georgia  30308
404.348.8585 (Telephone)
404.467.8845 (Facsimile)
Mike.Sierra@LewisBrisbois.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing ***Defendant BMF IV GA Edgewater, LLC's Rule 5.2 Certificate of Service*** has this date been filed with the Court utilizing the CM/ECF electronic filing system, which automatically sends an electronic copy to all counsel of record, as well as e-mail and placing a copy of same in the United States Mail, postage affixed, addressed as follows:

Howard P. Slomka
Howard Slomka PC
6400 Powers Ferry Road, Suite 200
Atlanta, GA 30339
770-856-5793
Howie@Slomka.us
*Counsel for Plaintiff*

Submitted this 18th day of April, 2023.

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        

> LEWIS BRISBOIS BISGAARD & SMITH, LLP
>
> */s/ Michael Sierra*
> Michael A. Sierra
> Georgia Bar No. 618912
>
> *Counsel for Defendant BMF IV GA Edgewater, LLC*

600 Peachtree Street, NE
Suite 4700
Atlanta, Georgia  30308
404.348.8585 (Telephone)
404.467.8845 (Facsimile)
Mike.Sierra@LewisBrisbois.com